FILED & JUDGMENT ENTERED
Steven T. Salata

May 27 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| DONALD WAYNE PRICE, | )    Chapter 13 Case No.: 14-40183 |
| | ) |
| Debtor. | ) |

## CONSENT ORDER TO SET MOTION FOR CONTEMPT
## PROCEEDINGS FOR STATUS CONFERENCE ON AUGUST 27, 2021

This matter comes before the Court on the *ore tenus* joint motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") and Donald Wayne Price (the "Debtor" and collectively with the Debtor, the "Parties"). The Parties have submitted for the Court's review and entry the instant Consent Order setting a status conference on the Debtor's *Motion For Reconsideration Of Claim Of Mortgage Servicer And For Contempt Of The Discharge Order And Order Deeming Mortgage Loan Current* [Docket No. 82] and related proceedings at Docket Numbers 83, 89, 90, 91, and 92 (collectively, the "Motion for Contempt Proceedings") for August 27, 2021.

Based on the agreement of the Parties as represented by the instant Consent Order, and for good cause shown, the Court hereby ORDERS that Motion for Contempt Proceedings are set for a status conference on August 27, 2021 at 9:30 A.M. EDT at the Cleveland County Courthouse, 100 Justice Place, Shelby, North Carolina 28150.

**IT IS THEREFORE SO ORDERED.**

This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order

United States Bankruptcy Court

**CONSENTED TO BY:**

/s/ G. Benjamin Milam
G. Benjamin Milam, Esq.
NC Bar No. 45483
**Bradley Arant Boult Cummings LLP**
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Telephone: (704) 338-6049
E-mail: bmilam@bradley.com
*Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

/s/ Max Gardner
O. Max Gardner III
NC Bar No. 6164
**Max Gardner Law, PLLC**
P.O. Box 1000
Shelby, NC 28151-1000
Phone: (704) 487-0616
Email: maxgardner@maxgardner.com
*Attorney for Donald Wayne Price*